UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEREMY KOON<br>    Petitioner, | ]<br>]<br>] |
| v. | ]    No. 3:07-0887<br>]    Judge Nixon |
| UNITED STATES OF AMERICA<br>    Respondent. | ]<br>] |

## ORDER

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in the petitioner's *pro se* motion (Docket Entry No. 1) under 28 U.S.C. § 2255, to vacate, set aside or correct sentence. Consequently, said motion is DENIED. This action, therefore, is hereby DISMISSED. Rule 8(a), Rules --- § 2255 Cases.

Having dismissed this action, the Court deems the petitioner's remaining pending motions (Docket Entry Nos. 8, 9, 21 and 22) to be MOOT. For that reason, these motions are hereby DENIED.

Should the petitioner file a timely Notice of Appeal, such Notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of a denial of a constitutional right.

It is so ORDERED.

                                                      John T. Nixon
                                                    Senior District Judge